Submitted on record and briefs July 19, reversed and remanded
September 11, 1996

## STATE OF OREGON,
*Respondent,*

*v.*

## DEVIN SCOTT COLE,
*Appellant.*

(M38263; V41552; CA A90261 (Control); A90262)

## STATE OF OREGON,
*Respondent,*

*v.*

## JERRY JEROME BOEHM,
*Appellant.*

(M42375; CA A90263)

922 P2d 1277

Peter W. Gillins filed the brief for appellants.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and De Muniz, Judges.

PER CURIAM

## PER CURIAM

In these consolidated cases, defendants appeal the trial court's denial of their motions to set aside and seal the records of their misdemeanor criminal convictions. ORS 137.225. The state concedes that the trial court's ruling was based on a misreading of the statute and that it erred in denying the motions. We agree with that concession.

Reversed and remanded.